# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00402-CV

## In re Russell Scott Silverman

## ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed his petition for writ of mandamus.  *See* Tex. R. App. P. 52.8.

Having reviewed the petition and record filed by relator, we cannot hold that the trial court abused

its discretion in entering the complained-of order.  We deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Waldrop

Filed:   July 26, 2007